

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00088-CV

Priscilla J. Molina d/b/a Platinum Risk Insurance Services
v.
Connie Hinojosa

On Appeal from the
County Court at Law No. 5 of Nueces County, Texas
Trial Cause No. 2020-CCV-60021-5

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant, although she is exempt from payment due to her inability to pay costs.

We further order this decision certified below for observance.

December 3, 2020